# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-2224

_____

Brian Billings

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville

_____

Submitted: March 7, 2016
Filed: March 18, 2016
[Unpublished]

_____

Before LOKEN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Brian Billings appeals the district court's[1] order affirming the Commissioner's denial of disability insurance benefits and supplemental security income, after his hearing before an administrative law judge (ALJ). For reversal, Billings argues that the ALJ's decision is not supported by substantial evidence on the record as a whole, and in particular, he challenges the ALJ's severity and credibility determinations; the ALJ's residual functional capacity (RFC) finding; and the ALJ's decision to credit some physicians' opinions in the record over other physician's opinions, including the opinion of consultative medical examiner Anandaraj Subramanium, M.D.

Following careful de novo review, we conclude that substantial evidence in the record as a whole supports the denial of Billings's applications, see Halverson v. Astrue, 600 F.3d 922, 929-31 (8th Cir. 2010) (standard of review), including the ALJ's determination on which impairments were severe, see Kirby v. Astrue, 500 F.3d 705, 707-08 (8th Cir. 2007); the credibility determinations, see Perks v. Astrue, 687 F.3d 1086, 1092-93 (8th Cir. 2012); the assessment of RFC, see id. at 1092; and the decision to discount Dr. Subramanium's opinion on the severity of Billings's limitations, see Estes v. Barnhart, 275 F.3d 722, 725 (8th Cir. 2002).

The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).